Jesus ALCAZAR, Plaintiff,

and

Cesar Rosas, Plaintiff–Appellant,

v.

The CORPORATION OF the CATHOLIC ARCHBISHOP OF SEATTLE; Horatio Yanez, Defendants–Appellees.

No. 09–35003.

United States Court of Appeals, Ninth Circuit.

Aug. 5, 2010.

Lindsay L. Halm, Schroeter, Goldmark, & Bender, Seattle, WA, for Plaintiff–Appellant.

Kathryn Goater, Rebecca J. Roe, Schroeter Goldmark & Bender, Seattle, WA, John J. Polito, Esquire, Richard B. Kilpatrick, P.S., Bellevue, WA, for Plaintiff–Appellant.

Karen A. Kalzer, Patterson Buchanan Fobes Leitch & Kalzer, Inc., P.S., Michael A. Patterson, Patterson Law, Jack Michael Lovejoy, Mary Colleen Kinerk, Cable Langenback Kinerk & Bauer, Seattle, WA, for Defendants–Appellees.

D.C. No. 2:06–cv–00281–RSM.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.